UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia,<br><br>  Plaintiff,<br><br> v.<br><br>Walgreen Co., an Illinois Corporation; and Does 1-10,<br><br>  Defendants. | Case: 2:14-CV-03756-JAK-FFM<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**  JS-6 |

### ORDER

 Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 12, 2014

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1

Stipulation for Dismissal  Case: 2:14-CV-03756-JAK-FFM